IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANK M. BAKER, JR., a.k.a.
FREE LANCE CABLE MARKETING  :

v.  :  CIVIL ACTION NO. WMN-00-1029

COMCAST CABLEVISION OF  :
BALTIMORE COUNTY, INC.

**ORDER**

Plaintiff filed the above-captioned 28 U.S.C. § 1332 diversity action, together with the $150.00 civil filing fee, on April 11, 2000.

Preliminarily, the undersigned judge notes that under local rules, only individuals may represent themselves. *See* Local Rule 101.1.a. Therefore, the plaintiff may not represent the company known as "Free Lance Cable Marketing"-- the company may only proceed with representation of counsel. This cautionary statement is necessitated by the fact that Mr. Baker lists himself, "a.k.a." as Free Lance Cable Marketing, as the plaintiff in the caption and body of his complaint. The Court therefore infers that he is seeking to represent the company. Mr. Baker shall be granted an additional period of time to inform this Court as to how he wishes to proceed as to this issue.

I additionally note that the *pro se* plaintiff lists a Richardson, Texas service address. Pursuant to Local Rule 102.b.ii, Mr. Baker must keep on file with this Clerk an address within this District where notices can be served. Consequently, he shall be granted additional time to furnish the Clerk a Maryland service address.