IN THE UNITED STATES DISTRICT COURT
OF MARYLAND-NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
MARYLAND
2000 NOV 7 A 10: 38

AT BALTIMORE
_____ DEPUTY

| | |
|---|---|
| FRANK M. BAKER, JR § § Plaintiff, § § VS. § COMCAST CABLEVISION OF § BALTIMORE COUNTY, INC. AND § § COMCAST CABLEVISION OF § MARYLAND, L.P. § § Defendants. § | CASE NO. WMN-00-1029 |

## ORDER FOR DISMISSAL

**IT IS ORDERED** that the above referenced cause be dismissed with prejudice.

SIGNED on this ___7th___ day of _November_, 2000.

_____
JUDGE PRESIDING

